# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4536
_____

LAURI BURRIS, GREGORY F.
BURRIS, DOUGLAS O. ROWE,
RONALD E. BROWN, JR., JACOB
CHAPMAN, and MELISSA BURRIS,

     Petitioners,

     v.

STATE OF FLORIDA,

     Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

August 1, 2018

ON MOTION FOR CLARIFICATION

PER CURIAM.

We grant the motion for clarification. Our prior opinion is withdrawn and the following opinion is substituted in its place:

The petition for writ of prohibition is denied because Petitioners have not demonstrated that the trial court is without jurisdiction, or attempting to act in excess of its jurisdiction. *See Scott v. Francati*, 214 So. 3d 742, 748 (Fla. 1st DCA 2017) (noting that "[p]rohibition is an extraordinary writ by which a superior court may prevent an inferior court . . . from acting outside its

jurisdiction" (quoting *Mandico v. Taos Const., Inc.*, 605 So. 2d 850, 853 (Fla. 1992))).

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Mitchell A. Stone, Jacksonville Beach, H. Franklin Robbins, Jr., Orlando, and Steven G. Mason, Altamonte Springs, for Petitioners.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.